# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO NAVA and SHANTNU MALHOTRA, on behalf of themselves, all others similarly situated, and the general public,<br><br>*Plaintiffs,*<br><br>v.<br><br>KOBE STEEL, LTD. and KOBE STEEL USA INC.<br><br>*Defendants.* | Case No. 3:18-cv-1423-VC<br><br>**[PROPOSED] ORDER DISMISSING CASE** |

The Court, having reviewed the parties' Joint Request for Dismissal ("Joint Request"), hereby rules as follows:

IT IS HEREBY ORDERED that the Joint Request is GRANTED;

IT IS FURTHER ORDERED that the claims of Plaintiffs Alejandro Nava and Shantnu Malhotra, as set forth in the Original Complaint (ECF 1), the First Amended Complaint (ECF 75), and the Second Amended Complaint (ECF 97), are DISMISSED WITH PREJUDICE;

IT IS FURTHER ORDERED that the putative class claims are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

DATED: April 6, 2020

Hon. Vince Chhabria
United States District Judge